IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Rome

MAR 17 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| TILLOTSON CORPORATION, d/b/a/ BEST MANUFACTURING COMPANY | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. : |
| vs. | ) ) | 4:02-CV-0261 |
| OMNI INTERNATIONAL, L.L.C.; and OMNIGRACE (THAILAND) LTD., | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF TILLOTSON CORPORATION'S NOTICE OF FILING PROOF OF SERVICE OF DEFENDANT OMNIGRACE (THAILAND) LTD.**

On March 4, 2003, the Court entered an order allowing Plaintiff Tillotson Corporation authorization to serve Defendant Omnigrace (Thailand) Ltd., by electronic mail, facsimile, international mail, or a combination of the three.

Plaintiff hereby submits copies of the service of Defendant Omnigrace (Thailand) Ltd. via electronic mail (attached as Exhibit 1); facsimile (attached as Exhibit 2); and international mail (attached as Exhibit 3).

Respectfully submitted,

_Katrina M. Quicker_

KILPATRICK STOCKTON
1100 Peachtree St., Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500

Attorneys for Plaintiff

Anthony B. Askew
Georgia State Bar No. 025,300
Katrina M. Quicker
Georgia State Bar No. 590,859
Catherine E. Fienning
Georgia State Bar No. 259,630

ATLLIB02 107139.1

15

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| TILLOTSON CORPORATION, ) <br> d/b/a/ BEST MANUFACTURING ) <br> COMPANY, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> OMNI INTERNATIONAL, L.L.C. ) <br> and OMNIGRACE (THAILAND) LTD., ) <br> ) <br> Defendants. ) | Civil Action No. : <br> 4:02-CV-0261 |

## CERTIFICATE OF SERVICE

I certify that a copy of <u>Plaintiff Tillotson Corporation's Notice of Filing of Proof of Service of Defendant Omnigrace (Thailand) Ltd.</u> was served by first-class mail, postage prepaid, on March 14, 2003, to the following:

    Daniel A. Kent, Esq.
    Needle & Rosenberg, P.C.
    The Candler Building
    127 Peachtree Street N.E.
    Atlanta, GA 30303-1811

                                        _/s/ Katrina M. Quicker_
                                        Katrina M. Quicker



# EXHIBIT / ATTACHMENT

/

(To be scanned in place of tab)

## Quicker, Katrina

**From:** Quicker, Katrina
**Sent:** Wednesday, March 05, 2003 3:10 PM
**To:** 'colin@omnigrace.co.th'; 'ogt@hatyai.loxinfo.co.th'
**Cc:** Quicker, Katrina
**Subject:** FW: Tillotson Corp. d/b/a Best Mfg. Co. v. Omni Int'l, L.L.C. and Omnigrace (Thailand) Ltd.

**Importance:** High


Complaint, Summons, Order_v1 P

r. Choa Swee Lin:

Attached are the Complaint, Summons, and Order Granting Plaintiff Tillotson Corporation's Motion to Permit Alternate Methods of Service in the above-referenced case. If you have any trouble opening the attachments, please do not hesitate to contact me.

Katrina M. Quicker, Esq.
KILPATRICK STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, Georgia 30309-4530

Telephone: 404.815.6500
Fax: 404.815.6555
Direct Dial: 404.685.6765
RightFAX: 404.514.3352

Web: www.kilpatrickstockton.com

Confidentiality Note:
This email message is intended solely for the individual or individuals named above. It contains confidential attorney-client privileged information and attorney work product. If the reader of this message is not the intended recipient, you are requested not to read, copy or distribute it or any of the information it contains. Please delete this message and notify the sender immediately.

1



EXHIBIT / ATTACHMENT



(To be scanned in place of tab)

```
* * * COMMUNICATION RESULT REPORT ( MAR. 5.2003  2:51PM ) * * *                P. 1

                                                            TTI  KILPATRICK STOCKTON
FILE MODE         OPTION            ADDRESS (GROUP)
                                                            RESULT        PAGE
0201 MEMORY TX                    ##05614#0116674217288#
                                                              OK          18/18


REASON FOR ERROR
E-1) HANG UP OR LINE FAIL                    E-2) BUSY
E-3) NO ANSWER                               E-4) NO FACSIMILE CONNECTION
```



**KILPATRICK STOCKTON LLP**

Attorneys at Law

Suite 2800  1100 Peachtree St.
Atlanta GA 30309-4530
t 404 815 6500  f 404 815 6555
www.KilpatrickStockton.com

direct dial 404 685 6765
direct fax 404 541 3352
KQuicker@KilpatrickStockton.com

March 5, 2003

# FAX

| RECIPIENT/ PHONE NO. | FAX NO. | COMPANY/ CITY, STATE, COUNTRY |
|---|---|---|
| Robin Ong, President 011 66 74 217280 | 011 66 74 217288 | OmniGrace (Thailand) Ltd. Hatyai Songkhla, Thailand |
| S. K. Choa, General Manager 011 66 74 217280 | 011 66 74 217288 | OmniGrace (Thailand) Ltd Hatyai Songkhla, Thailand |

Katrina M. Quicker
FROM

17
PAGES (WITH COVER)

2842

45981/276638
CLIENT/MATTER NO.



**KILPATRICK STOCKTON LLP**
Attorneys at Law

Suite 2800  1100 Peachtree St.
Atlanta GA 30309-4530
t 404 815 6500  f 404 815 6555
www.KilpatrickStockton.com

direct dial 404 685 6765
direct fax 404 541 3352
KQuicker@KilpatrickStockton.com

March 5, 2003

# FAX

| RECIPIENT/ PHONE NO. | FAX NO. | COMPANY/ CITY, STATE, COUNTRY |
|---|---|---|
| Robin Ong, President<br>011 66 74 217280 | 011 66 74 217288 | OmniGrace (Thailand) Ltd.<br>Hatyai Songkhla, Thailand |
| S. K. Choa, General Manager<br>011 66 74 217280 | 011 66 74 217288 | OmniGrace (Thailand) Ltd<br>Hatyai Songkhla, Thailand |

Katrina M. Quicker                              17
FROM                                    PAGES (WITH COVER)

2842                                    45981/276638
REFERENCE NO                            CLIENT/MATTER NO.

**PLEASE CALL 404 815 6497 IF YOU HAVE DIFFICULTY WITH THIS TRANSMISSION.**

**CONFIDENTIALITY NOTE:**
The information contained in this fax message is being transmitted to and is intended for the use of the individual named above. If the reader of this message is not the intended recipient, you are hereby advised that any dissemination, distribution or copy of this fax is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone and destroy this fax message.

**COMMENTS**

Re: Tillotson Corporation, d/b/a Best Manufacturing Company v. Omni International, L.L.C. and OmniGrace (Thailand) Ltd.

We are attaching a copy of the Complaint and Summons in the above-referenced matter directed to your company, OmniGrace (Thailand) Ltd. In addition, we are attaching a copy of the Order Granting Plaintiff Tillotson Corporation's Motion to Permit Alternate methods of Service.

**TO BE COMPLETED BY KS OPERATIONS CENTER**
TRANSMISSION RECEIPT DATE/TIME: _____
COMPLETED BY: _____   JOB CODE  05614

ATLANTA  AUGUSTA  CHARLOTTE  LONDON  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM



EXHIBIT / ATTACHMENT

3

(To be scanned in place of tab)



**KILPATRICK
STOCKTON** LLP

Attorneys at Law

Suite 2800 1100 Peachtree St.
Atlanta GA 30309-4530
t 404 815 6500 f 404 815 6555
www.KilpatrickStockton.com

direct dial 404 685 6765
direct fax 404 541 3352
KQuicker@KilpatrickStockton.com

March 5, 2003

**FILE COPY**

**VIA AIRMAIL**

Robin Ong
President and CEO
S. K. Choa
General Manager
Omnigrace (Thailand) Ltd.
641 Moo 5, Kanchanawanit Road
Tambon Banpru
Hatyai Songkhla 92059 Thailand

Re: *Tillotson Corporation d/b/a Best Manufacturing Company
v. Omni International, L.L.C. and Omnigrace (Thailand) Ltd.*
U.S. District Court for the Northern District of Georgia, Rome Division
Civil Action No. 4:02-CV-0261
Our File: 45981-276638

Dear Sirs:

Enclosed are the following documents regarding the above-referenced case:

(1) Complaint;
(2) Summons; and
(3) Order Granting Plaintiff Tillotson Corporation's Motion to Permit Alternate Methods of Service.

If you have any questions, please feel free to contact us.

Cordially yours,

KILPATRICK STOCKTON LLP

*Katrina M. Quicker*

By: Katrina M. Quicker

KMQ:pl
Enclosures
ATLLIB02 1064131 1

ATLANTA  AUGUSTA  CHARLOTTE  LONDON  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON SALEM